*UNITED STATES DISTRICT COURT*
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

---

| | |
|---|---|
| JUSTIN SIDES | JUDGMENT IN A CIVIL CASE |
| v. | |
| VANGUARD OF MEMPHIS, LLC D/B/A<br>POPLAR POINT HEALTH REHAB | CASE NO: 12-2022-A |

---

**DECISION BY COURT.**   This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED**  that in accordance with the Agreed Order Of Compromise Settlement And Dismissal With Prejudice entered on March 5, 2012, this cause is hereby dismissed with prejudice.

APPROVED:

s/ S. Thomas Anderson
UNITED STATES DISTRICT COURT

DATE: 3/9/2012

THOMAS M. GOULD
Clerk of Court

s/Terry L. Haley
(By)  Deputy Clerk